**Order entered October 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00657-CV

**ANGELA NAILS, Appellant**

**V.**

**MARK FRELS, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-15238**

## ORDER

Asserting a copy of the reporter's record mailed to her belongs to an unrelated appeal, appellant moves to strike the record and for an extension of time to file an amended brief. Because the reporter's record filed in this appeal relates to this appeal, we **DENY** appellant's motion to strike. We **GRANT** appellant's extension request to the extent that we **ORDER** appellant to file her amended brief no later than November 3, 2014. Appellant is cautioned that failure to comply may result in dismissal of the appeal without further notice.

/s/    ADA BROWN
        JUSTICE